Jose RODRIGUEZ et al.,
Plaintiffs-Appellees,

v.

F. Ray MARSHALL, Secretary of Labor,
Defendant-Appellant,

Henry Rothell, etc., et al., Defendants.

No. 76–2866.

United States Court of Appeals,
Fifth Circuit.

Aug. 31, 1978.

Charles G. Preston, Asst. Counsel for Litigation and Jonathan H. Waxman, Counsel for Litigation, U. S. Dept. of Labor, Washington, D.C., with whom Carin Ann Clauss, Sol. of Labor, Craig A. Berrington, Associate Sol. of Labor, Nathaniel Baccus III, Associate Sol., on the brief, William Kanter, Edwin E. Huddleson, III, U.S. Dept. of Labor, Washington, D.C., for defendants-appellants.

James A. Herrmann, Texas Rural Legal Aid, Inc., Harlingen, Tex., H. Michael Semler, Washington, D.C., for plaintiffs-appellees.

Before GODBOLD, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

This case was filed by a migrant farm worker attempting to compel the official charged with enforcement of the Wagner-Peyser Act, 29 U.S.C.A. § 49 *et seq.* (1973), to exercise their statutory authority under the Act. A trial was held resulting in judgment for the plaintiff. During the pendency of this appeal, the Department of Labor issued new regulations under the Act. 20 CFR § 653.108 *et seq.* Both parties suggest that these regulations address all the issues raised before this court, and that the case is

now moot. We agree. *Diffenderfer v. Central Baptist Church*, 404 U.S. 412, 92 S.Ct. 574, 30 L.Ed.2d 567 (1972); *McRae v. Hogan*, 576 F.2d 615 (5th Cir., 1978); *Concerned Citizens of Vicksburg v. Sills*, 567 F.2d 646 (5th Cir. 1978). Accordingly, the order of the District Court is vacated and the case is remanded with instructions to dismiss.

VACATED and REMANDED.